IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DIETRICK GREENLAW, Individually and on
Behalf of All Others Similarly Situated                         PLAINTIFF

v.                          No. 4:20-cv-1286-DPM

B & M MANAGEMENT COMPANY
OF ALABAMA, LLC                                                  DEFENDANT

ORDER

1. The joint motion, *Doc. 45*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Good Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel*, LLC, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation disputes. And the attorney's fee was negotiated separately.

2. For the purposes of settlement, the Court converts the conditionally certified collective action into a finally certified group.

> All maintenance workers and groundskeepers employed at B & M-managed properties who received a bonus or rent credit in connection with work performed in at least one week in which they worked over forty hours since 28 October 2017.

The group members are listed in Exhibit A to the Settlement Agreement. *Doc. 45-1 at 6*. The Court directs the parties to administer their settlement as contemplated in their agreement.

3. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2022