IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DIETRICK GREENLAW, Individually and on
Behalf of All Others Similarly Situated                                     PLAINTIFF

v.                              No. 4:20-cv-1286-DPM

B & M MANAGEMENT COMPANY
OF ALABAMA, LLC                                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 20 May 2022 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2022